**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Minneapolis Auto Dealers Benefit Fund, | No. 25-cv-3866 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Shakopee Chevrolet, Inc., | |
| Defendant. | |

---

On October 8, 2025, Plaintiff Minneapolis Auto Dealers Benefit Fund initiated this action seeking to recover "unpaid fringe benefit contributions and additional amounts due . . . pursuant to the terms of a collectively bargained agreement to which Defendant [Shakopee Chevrolet, Inc.] is bound." (Dkt. 1 at 1.) On March 13, 2026, United States Magistrate Judge Elizabeth Cowan Wright ordered Plaintiff to "[f]ile proof of service of the summons and complaint or a waiver of service" within twenty days. (Dkt. 5.) After Plaintiff failed to do so, Judge Wright issued the Report and Recommendation (R&R) that is currently before this Court recommending that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (Dkt. 6.) No objections have been filed.

Based on the Court's careful review, there is no clear error, and the Court adopts the R&R. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)) (stating that a court reviews an unobjected-to R&R for clear error).

**ORDER**

For the foregoing reasons, **IT IS HEREBY ORDERED that**:

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is **ACCEPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

**Let judgment be entered accordingly.**

Date: May 18, 2026                    *s/Katherine M. Menendez*
                                      Katherine M. Menendez
                                      United States District Judge